DAVID B. GOLUBCHIK (SBN 185520)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; KJM@LNBYG.COM

Counsel for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>NOBILITY MANAGEMENT, LLC, a California limited liability company,<br><br>Debtor and Debtor in Possession. | Case No. 1:23-bk-10657-MB<br>Chapter 11 Case<br><br>[Subchapter V Election]<br><br>**DEBTOR'S SUBCHAPTER V STATUS REPORT; DECLARATION OF MARK RABINOVICH IN SUPPORT**<br><br>Hearing:<br>Date:   August 25, 2023[1]<br>Time:   1:30 p.m.<br>Place:  Courtroom 303<br>        21041 Burbank Boulevard<br>        Woodland Hills, CA 91367<br>(VIA ZOOMGOV)[2] |

---

[1] The status conference was initially continued to August 22, 2023, at 1:30 p.m. The Court has vacated the August 22, 2023 date and continued the status conference to August 25, 2023 at 1:30 p.m.

[2] **Video/audio web address:** https://cacb.zoomgov.com/j/1609911508

**ZoomGov meeting number:** 160 991 1508

**Password:** 078293

**Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666

Nobility Management, LLC, the debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case ("Debtor"), respectfully submits this Subchapter V Status Report and declaration of Debtor's manager, Mark Rabinovich, in support thereof.

**A.      General Background**

1.      Debtor commenced its bankruptcy case by filing a voluntary petition on May 15, 2023 (the "Petition Date"), under Subchapter V of Chapter 11, and is operating its business, managing its affairs, and administering its estate as a debtor in possession.

2.      The Debtor is a medical billing and management services company that provides digital marketing, administrative, and billing services to various affiliated outpatient clinics. The Debtor's principal place of business is located at 26025 Mureau Rd., Suite 110, Calabasas, CA 91302 (the "Property").  The Debtor leases the Property from Calmur, LLC (the "Landlord") pursuant to a Modified Gross Lease (the "Lease").

3.      The impetus of the filing of this bankruptcy case was the Landlord's issuance of a three-day notice to pay rent or quit on May 12, 2023. Since March of 2023, the Debtor experienced a severe cash flow shortfall as a result of suspension of Medicare payments to some of the clinics for which the Debtor performs billing services.  As a result, both in April and in May of 2023, the Debtor did not have sufficient cash to meet two large expenditures which accrue in the beginning of the month: the payroll for the last 15 days of the prior month payable on the 6th day of the month and the rent payable by the 5th day of the month.  The vast majority of the Debtor's unsecured debt consists of guarantees of debts of the Debtor's operating and related affiliates.  As a result, the vast majority of the debt in this case is contingent and unliquidated. In December 2022, the Department of Justice also intervened in a *qui tam* action against Modern Vascular.[3]

---

[3] *United States ex rel. Radhakrishan, et al., v. Yury Gampel, et al.*, CV-20-00176-PHX-GMS (D. Ariz). The *qui tam* action was filed against various Modern Vascular affiliates, including the Debtor.

4.    The Court held an initial status conference in this case on June 27, 2023.  This Status Report provides an update to the Court regarding case events since the Debtor filed its initial status report on June 13, 2023 (Dkt No. 36).

**B.    Pending Motions**

5.    On August 8, 2023, the Debtor filed a motion to modify and assume the Lease (the "Motion") with its Landlord. Dkt No. 52.  The Motion is set to be heard on September 6, 2023, at 1:30 p.m.  The modification of the Lease lowers the Debtor's monthly payments from $28,475.62 to $11,941 and allows the Debtor to move forward with its bankruptcy case.

6.    The Debtor is also in the process of reaching a rejection stipulation as to real property located at 4650 E. Cotton Center Blvd., Suite 155, Phoenix, Arizona 85040. The Debtor is not occupying or using the Arizona space and is negotiating a stipulation with the Arizona landlord regarding rejection of that lease.

7.    The Debtor attended two continued 341a meeting of creditors on July 13, 2023 and August 9, 2023.  The Debtor will attend the continued 341(a) meeting on August 31, 2023 and will have the monthly operating reports for June and July filed by August 21, 2023.

**C.    Estate Professionals**

8.    On July 21, 2023, the Court entered an order granting Debtor's application to employ Levene Neale Bender Yoo & Golubchik L.L.P. as general bankruptcy counsel. Dkt No. 44.

///

///

3

**D.    Extension of Deadline to File Subchapter V Plan**

9.    On August 3, 2023, the Court entered an order approving the stipulation between the Debtor and the Department of Justice (the "DOJ") to extend the deadline for the Debtor to file a Subchapter V plan from August 11, 2023 to October 31, 2023 and extend the deadline for the DOJ to commence nondischargeability proceedings against the Debtor to November 6, 2023. Dkt No. 50.  The Debtor intends to use this extension to continue to discuss potential avenues of resolving its disputes with the DOJ with the assistance of the subchapter V trustee appointed in this case.

Dated: August 15, 2023

LEVENE, NEALE, BENDER, YOO
& GOLUBCHIK L.L.P.


By:    */s/ Krikor Meshefejian*
DAVID B. GOLUBCHIK
KRIKOR MESHEFEJIAN
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
Counsel for Chapter 11 Debtor and Debtor-in-Possession

### DECLARATION OF MARK RABINOBICH

I, Mark Rabinovich, hereby declare under penalty of perjury as follows:

**A.    General Background**

1.    Except where otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto

2.    I am the Manager of Nobility Management, LLC, the debtor and debtor in possession herein (the "Debtor" or "Nobility").  I am also an attorney authorized to practice law in the State of California.

3.    Debtor commenced its bankruptcy case by filing a voluntary petition on May 15, 2023 (the "Petition Date"), under Subchapter V of Chapter 11, and is operating its business, managing its affairs, and administering its estate as a debtor in possession.

4.    The Debtor is a medical billing and management services company that provides digital marketing, administrative, and billing services to various affiliated outpatient clinics. The Debtor's principal place of business is located at 26025 Mureau Rd., Suite 110, Calabasas, CA 91302 (the "Property").  The Debtor leases the Property from Calmur, LLC (the "Landlord") pursuant to a Modified Gross Lease (the "Lease").

5.    The impetus of the filing of this bankruptcy case was the Landlord's issuance of a three-day notice to pay rent or quit on May 12, 2023. Since March of 2023, the Debtor experienced a severe cash flow shortfall as a result of suspension of Medicare payments to some of the clinics for which the Debtor performs billing services.  As a result, both in April and in May of 2023, the Debtor did not have sufficient cash to meet two large expenditures which accrue in the beginning of the month: the payroll for the last 15 days of the prior month payable on the 6th day of the month and the rent payable by the 5th day of the month.  The vast majority of the Debtor's unsecured debt consists of guarantees of debts of the Debtor's operating and related affiliates.  As a result, the vast majority of the debt in this case is contingent and

unliquidated. In December 2022, the Department of Justice also intervened in a *qui tam* action against Modern Vascular.[4]

6.    The Court held an initial status conference in this case on June 27, 2023. This Status Report provides an update to the Court regarding case events since the Debtor filed its initial status report on June 13, 2023 (Dkt No. 36).

**B.    Pending Motions**

7.    On August 8, 2023 the Debtor filed a motion to modify and assume the Lease (the "Motion") with its Landlord. Dkt No. 52.  The Motion is set to be heard on September 6, 2023, at 1:30 p.m.    The modification of the Lease lowers the Debtor's monthly payments from $28,475.62 to $11,941.  The modification allows the Debtor to move forward with its bankruptcy case.

8.    The Debtor is also in the process of reaching a rejection stipulation as to real property located at 4650 E. Cotton Center Blvd., Suite 155, Phoenix, Arizona 85040. The Debtor is not occupying or using the Arizona space and is negotiating a stipulation with the Arizona landlord regarding rejection of that lease.

9.    The Debtor attended two continued 341a meetings of creditors on July 13, 2023 and August 9, 2023.  The Debtor will attend the continued 341(a) meeting on August 31, 2023 and will have the monthly operating reports for June and July filed by August 21, 2023.

**C.    Estate Professionals**

10.    On July 21, 2023, the Court entered an order granting Debtor's application to employ Levene Neale Bender Yoo & Golubchik L.L.P. as general bankruptcy counsel. Dkt No. 44.

**D.    Extension of Deadline to File Subchapter V Plan**

11.    On August 3, 2023, the Court entered an order approving the stipulation between the Debtor and the Department of Justice (the "DOJ") to extend the deadline for the Debtor to

---

[4] *United States ex rel. Radhakrishan, et al., v. Yury Gampel, et al.*, CV-20-00176-PHX-GMS (D. Ariz). The *qui tam* action was filed against various Modern Vascular affiliates, including the Debtor.

file a subchapter v plan from August 11, 2023 to October 31, 2023 and extend the deadline for the DOJ to commence nondischargeability proceedings against the Debtor to November 6, 2023 Dkt No. 50. The Debtor intends to use this extension to continue to discuss potential avenues of resolving its disputes with the DOJ with the assistance of the subchapter V trustee appointed in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of August, 2023, at Aventura, Florida.

Mark Rabinovich, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Debtor's Subchapter V Status Report; Declaration Of Mark Rabinovich In Support** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 15, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Russell Clementson     russell.clementson@usdoj.gov
- Cory Fein     cory@coryfeinlaw.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;hartt@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, stephanie@lnbyb.com
- Stella A Havkin     stella@havkinandshrago.com, shavkinesq@gmail.com
- Krikor J Meshefejian     kjm@lnbyg.com
- Nathan D Meyer     nmeyer@raklaw.com, ksanderlin@raklaw.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- Mary A Schmergel     mary.schmergel@usdoj.gov
- Mark M Sharf (TR)     mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **August 15, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*No RSN as of August 15, 2023.*

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 15, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 15, 2023 | Rebecka Merritt | */s/ Rebecka Merritt* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**