| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik 185520**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>**185520 CA** | |

☐ *Individual appearing without attorney*
☑ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

| In re:<br><br>**Nobility Management, LLC**<br><br><br><br><br>Debtor(s) | CASE NO.: **1:23-bk-10657-MB**<br><br>CHAPTER: **11**<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B      ☐ Schedule C      ☐ Schedule D      ☑ Schedule E/F      ☐ Schedule G

☐ Schedule H      ☐ Schedule I      ☐ Schedule J      ☐ Schedule J-2      ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)      ☐ Statement of Intentions      ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **August 30, 2023**          /s/ Mark Rabinovich
                                      **Mark Rabinovich**
                                      Debtor 1 Signature

                                      _____
                                      Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name    **Nobility Management, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)    **1:23-bk-10657-MB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **Amended Schedules B and F**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  8, 2023**            X _____
                                               Signature of individual signing on behalf of debtor

                                               **Mark Rabinovich**
                                               Printed name

                                               **Manager**
                                               Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Nobility Management, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO |
| Case number (if known) | **1:23-bk-10657-MB** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **J.P. Morgan Chase Bank, N.A. (as of May 15, 2023)** | Checking | | **$19,578.96** |
| 3.2. | **Flexible Spending Account for employee reimbursements (as of May 15, 2023)** | | | **$9,114.51** |
| 3.3. | **Alliance (as of May 15, 2023)** | Checking | | **$31,726.63** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

| **$60,420.10** |
|---|

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| Debtor | **Nobility Management, LLC** | Case number *(If known)* **1:23-bk-10657-MB** |
|---|---|---|
| | Name | |

| 7.1. | **Security deposit with landlord (Calmur, LLC)** | **$67,232.15** |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**    **$67,232.15**

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **523,677.04** | - | **0.00** | =.... | **$523,677.04** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **0.00** | - | **0.00** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **726,364.88** | - | **0.00** | =.... | **$726,364.88** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **8,419,002.76** | - | **0.00** | =.... | **$8,419,002.76** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**    **$9,669,044.68**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Nobility Management, LLC** | Case number (*If known*) **1:23-bk-10657-MB** |
|---|---|---|
| | Name | |

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **40.   Office fixtures** **Office furniture, vehicles software and leasehold improvements (cost basis, not including depreciation)** | **$0.00** | | **$297,057.47** |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.   Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **43.   Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$297,057.47** |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2016 Honda Civic (VIN 19XFC2F52GE015066)** | **$0.00** | | **$12,000.00** |
| 47.2.   **2016 Honda Civic (VIN 19XFC2F5XGE039230)** | **$0.00** | | **$12,000.00** |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |

Debtor   **Nobility Management, LLC**                                            Case number *(If known)*  **1:23-bk-10657-MB**
_____
Name

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                                                    |  **$24,000.00**  |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**      **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)
       **Intercompany loan receivable**        0.00   -    0.00   =
       **totaling $130,041.46**              Total face amount   doubtful or uncollectible amount           **Unknown**

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

| Debtor | **Nobility Management, LLC** | Case number *(If known)* | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Accrued receivables in the amount of $726,364.88, primarily comprised of Employee Retention Credit** | **Unknown** |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

---

| Debtor | **Nobility Management, LLC** | Case number *(If known)* | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,420.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $67,232.15 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,669,044.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $297,057.47 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,117,754.40 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $10,117,754.40 |

**Fill in this information to identify the case:**

Debtor name   **Nobility Management, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known)   **1:23-bk-10657-MB**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Alice Townsend**<br>**Maria Wormington/Lennie Bollinger**<br>**212 East Virginia St.**<br>**McKinney, TX 75069** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Pending litigation** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,045.50** |
|---|---|---|---|
| | **Anderson Banta Clarkson PLLC, IOLTA**<br>**48 N. MacDonald**<br>**Mesa, AZ 85201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bosma Dairy North, LP**<br>**13805 Ave. 160, PO Box 1085**<br>**Tipton, CA 93272** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Guaranty of lease debt of Modern Vascular of Mesa, LLC** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,475.62** |
|---|---|---|---|
| | **Calmur, LLC**<br>**4924 BALBOA BLVD, Ste 547**<br>**Encino, CA 91316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lease** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Nobility Management, LLC** | Case number (if known) | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,071.98** |
|---|---|---|---|

**Cotton Center Corporate Office, LLC**
**4650 E. Cotton Center Blvd.**
**Suite 155**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lease**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$42,409.61** |
|---|---|---|---|

**eClinicalWorks, LLC**
**PO Box 847950**
**Boston, MA 02284-7950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Software/Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**EM-PAAK Properties, LLC**
**4143 Rider Trail North**
**Earth City, MO 63045**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Guaranty of lease debt of Modern Vascular of St. Louis, LLC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Franchise Tax Board**
**Special Procedures - Insolvency**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Frank Garcia**
**Attn: Stephen R. Marshall**
**509 Roma Avenue**
**Albuquerque, NM 87102**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending litigation**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gampel Holdings, LP**
**19790 W. Dixie Hwy Suite 901**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$134,047.23** |
|---|---|---|---|

**Greenberg Traurig, LLP**
**1144 15th Street**
**Suite 3300**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nobility Management, LLC** | | Case number (if known) | **1:23-bk-10657-MB** |
|---|---|---|---|---|
| | Name | | | |

**3.12** | **Nonpriority creditor's name and mailing address**
**Internal Revenue Service**
**Insolvency I Stop 5022**
**300 N. Los Angeles St., #4062**
**Los Angeles, CA 90012-9903**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address**
**Iron Mountain**
**PO Box 601002**
**Pasadena, CA 91189**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,254.41**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address**
**Lexington Affiliates, LP**
**3109 N. St. Mary's St**
**San Antonio, TX 78212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease debt of Modern Vascular of Mission City, LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address**
**Malibu Canyon Plaza, LLC**
**c/o 1st Commercial Realty Group Inc**
**2009 Porterfield Way**
**Upland, CA 91786**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$27,583.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address**
**MFS Properties, Inc.**
**923 S. Bayview Street, Suite 100**
**Seattle, WA 98134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of lease debt of Modern Vascular of San City, LLC**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address**
**Modern Vascular Management - West**
**19790 W. Dixie Hwy. Suite 901**
**Miami, FL 33180**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$6,825,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owing to affiliate of Debtor (Note payable)**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
**Modern Vascular od St. Louis, LLC**
**19790 W. Dixie Hwy. Suite 901**
**Miami, FL 33180**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$3,275.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debt owing to affiliate of Debtor (Account payable)**

Is the claim subject to offset?  ☐ No  ■ Yes

| Debtor | **Nobility Management, LLC** | Case number (if known) | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200,000.00** |
|---|---|---|---|

**Modern Vascular of Mesa, LLC**
**535 E McKellips Rd STE 111**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Debt owing to affiliate of Debtor (Note payable)**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$40,706.73** |
|---|---|---|---|

**Modern Vascular of Mesa, LLC**
**535 E. McKellips Rd. #111**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Debt owing to affiliate of Debtor (Account payable)**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19.56** |
|---|---|---|---|

**Modern Vascular of San Antonio LLC**
**718 Lexington Avenue**
**San Antonio, TX 78212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Debt owing to affiliate of Debtor (Account payable)**

**Last 4 digits of account number** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,197.38** |
|---|---|---|---|

**Pacific Office Automation**
**PO Box 41602**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270,000.00** |
|---|---|---|---|

**Paramount Commercial Realty, LLC**
**401 Ryland St, STE 200-A**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,677.42** |
|---|---|---|---|

**Phoenix NAP**
**Attn: Acounts Receivable**
**PO Box 51514**
**Los Angeles, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,252.74** |
|---|---|---|---|

**Pitney Bowes Global**
**Financial Services**
**PO Box 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:**  **Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Nobility Management, LLC**                                          Case number (if known)    **1:23-bk-10657-MB**
_____
Name

---

3.26    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$1,557.92**

**Pitney Bowes Purchase Power**
**PO Box 371874**    ☐ Contingent
**Pittsburgh, PA 15250**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Services**
Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

3.27    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown**

**PSGMV, LLC**
**2402 N. 179th Street**    ■ Contingent
**Omaha, NE 68116**
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Guaranty of lease debt of Houston Vascular**
Last 4 digits of account number __    **Sepcialists Corp., Texas Corp.**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.28    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **Unknown**

**Rabia, LLC; Jilani Properties, LLC**
**12 Arundel Drive**    ■ Contingent
**Hayward, CA 94542**
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Guaranty of real property lease obligation of Fort**
Last 4 digits of account number __    **Worth Vascular Sepcialists Corp., Texas Corp.**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.29    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$21,235.00**

**Reviewsnap**
**Dept LA 24612**    ☐ Contingent
**Pasadena, CA 91185**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Services**
Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

3.30    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Rex Nederend Family Trs dtd 3/17/94**
**12718 Road 144**    ■ Contingent
**Tipton, CA 93272**
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Guaranty of lease debt of Modern Vascular of**
Last 4 digits of account number __    **Glendale, LLC, Arizona limited liability company**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.31    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Rosalind Debonis**
**Attn: H. Christian Bode**    ☐ Contingent
**7373 East Doubletree Ranch Rd.**    ☐ Unliquidated
**Scottsdale, AZ 85258**    ☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Pending litigation**
Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

3.32    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$58,317.90**

**San Antonio Vascular**
**9819 Huebner Rd. Bldg. 4**    ☐ Contingent
**San Antonio, TX 78240**    ☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Basis for the claim:   **Debt owing to affiliate of Debtor (Account payable)**
Last 4 digits of account number __

Is the claim subject to offset? ☐ No   ■ Yes

---

| Debtor | **Nobility Management, LLC** | Case number *(if known)* | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900,000.00**

**San Antonio Vascular Specialists Co**
**9819 Huebner Rd Bldg. 4**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debt owing to affiliate of Debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**SCF RC Funding I LLC**
**902 Carnegie Center Blvd., Ste 520**
**NJ 08450**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease debt of Modern Vascular Management - West, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Steven Kessler**
**Attn: Adrian O. Vega**
**4110 Cutler Ave. NE #100**
**Albuquerque, NM 87110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Theodore Tafoya and Ann Tafoya**
**Attn: Mark E. Komer**
**P.O. Box 5098**
**Santa Fe, NM 87502**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,820.76**

**Trizetto Provider Solutions**
**PO Box 734743**
**Chicago, IL 60673-4743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Turner Island AZ, LLC**
**1269 West I Street**
**Los Banos, CA 93635**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Guaranty of lease debt of Modern Vascular Institute, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**United States Attorney - Arizona**
**Attn: Brian Boynton**
**40 North Central Avenue, Suite 1800**
**Phoenix, AZ 85004-4408**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending litigation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Nobility Management, LLC** | Case number (if known) | **1:23-bk-10657-MB** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**United States Department of Justice**
**Attn: Mary A. Schmergel**
**Civil Div. 1100 L Street Room 70012**
**Washington, DC 20005**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Victoria Garcia**
**Attn: Cynthia A. Braun**
**2169 East Warner Road, Suite 104**
**Tempe, AZ 85284**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vladimir Zeetser and Julia Zeetser**
**Attn: Nathan D. Meyer**
**12424 Wilshire Blvd. 12th Floor**
**Los Angeles, CA 90025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,675,226.00** |
|---|---|---|---|

**Western Alliance Bank**
**3033 West Ray Road**
**Chandler, AZ 85226**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guaranty of secured real estate loan of Paramount Commerical Realty LLC in the amount of $8,675,226.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,893,547.00** |
|---|---|---|---|

**Western Alliance Bank**
**3033 West Ray Road**
**Chandler, AZ 85226**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guaranty of secured real estate loan of Gampel Holdings, LP in the amount of $2,893,547.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$342,888.00** |
|---|---|---|---|

**Western Alliance Bank**
**3033 West Ray Road**
**Chandler, AZ 85226**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Guaranty of secured real estate loan of Modern Vascular of Mission City, LLC in the amount of $342,888.00**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Pilkin**
**Attn: Andy Scholl**
**6739 Academy Suite 234**
**Albuquerque, NM 87109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Nobility Management, LLC**                                   Case number (if known)   **1:23-bk-10657-MB**
_____ Name

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Yury Gampel**
**19790 W. Dixie Hwy Suite 901**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __          **Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 21,521,609.24 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 21,521,609.24 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled **Summary Of Amended Schedules, Master Mailing List, And/Or Statements [LBR 1007-1 (c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 30, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Russell Clementson     russell.clementson@usdoj.gov
- Cory Fein     cory@coryfeinlaw.com
- Craig S Ganz     ganzc@ballardspahr.com, BKTDocket_West@ballardspahr.com;hartt@ballardspahr.com
- David B Golubchik     dbg@lnbyg.com, stephanie@lnbyb.com
- Stella A Havkin     stella@havkinandshrago.com, shavkinesq@gmail.com
- Krikor J Meshefejian     kjm@lnbyg.com
- Nathan D Meyer     nmeyer@raklaw.com, ksanderlin@raklaw.com
- Michael S Myers     myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;PHXLitLAAs@ballardspahr.com
- Mary A Schmergel     mary.schmergel@usdoj.gov
- Mark M Sharf (TR)     mark@sharflaw.com, C188@ecfcbis.com;sharf1000@gmail.com;2180473420@filings.docketbird.com
- United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

**2.  SERVED BY UNITED STATES MAIL**: On **August 30, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 30, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*None.*

☐ *Service information continued on attached page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 30, 2023 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**