DAVID B. GOLUBCHIK (SBN 185520)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
Email: DBG@LNBYG.COM; KJM@LNBYG.COM

Attorneys for Chapter 11 Debtor and Debtor in Possession

FILED & ENTERED

SEP 19 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fisherl      DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

NOBILITY MANAGEMENT, LLC, a
California limited liability company,

Debtor and Debtor in Possession.

Case No. 1:23-bk-10657-MB
Chapter 11 Case

[Subchapter V Election]

**ORDER GRANTING DEBTOR'S MOTION
FOR AUTHORITY APPROVING
MODIFICATION OF LEASE UNDER §363
AND AUTHORIZING ASSUMPTION OF
LEASE AS MODIFIED UNDER §365**

Hearing:
Date:    September 6, 2023
Time:    1:30 p.m.
Place:   Courtroom 303
         21041 Burbank Boulevard
         Woodland Hills, CA 91367
(VIA ZOOMGOV)

1

On September 6, 2023, at 1:30 p.m., the Court held a hearing to consider the *Debtor's Motion for Authority Approving Modification of Lease Under §363 and Assuming Lease as Modified* (the "Motion") [Dkt No. 52]. Appearances were as noted on the Court's record.

The Court, having read and considered the Motion and the Declaration of Mark Rabinovich filed in support of the Motion, the arguments, statements and representations made at the hearing on the Motion, with good cause appearing,

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted in its entirety;

2. The Lease Modification[1] is approved;

3. The Debtor is authorized to enter into the Lease Modification and to take all actions necessary to consummate the Lease Modification;

4. The Debtor is authorized to assume the New Lease as modified.

### # # #

Date: September 19, 2023

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

---

[1] All capitalized terms used herein shall have the same meaning ascribed to them in the Motion.